FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JUN 28 PM 2:40
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| **CHRISTIAN D. WOODALL,** | Bankruptcy No. 09-20307  |
| | (Chapter 7) |
| **Debtor(s)** | Judge R. Kimball Mosier |

## DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

   \_\_\_ A     The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

   ✔ B     The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Yellow Book Pacific<br>c/o RMS Bankruptcy Recovery<br>PO Box 5126<br>Timonium, MD 21094 | $3.20 |
| | Ad Craft<br>2808 Industrial Dr.<br>Ogden, UT 84401 | $0.53 |



| | |
|---|---:|
| Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>PO Box 3194<br>SLC, UT 84110 | $2.99 |
| GE Money Bank<br>Paypal<br>c/o Recovery Management Systems<br>Attn: Ramesh Singh<br>25 SE 2nd Ave, Ste 1120<br>Miami, FL 33131-1605 | $1.15 |
| Zions First National Bank<br>Legal Services, UT ZB11 0877<br>PO Box 30709<br>Salt Lake City, UT 84130 | $1.93 |

A check in the amount of $9.80 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 24, 2010

DAVID L. MILLER
Chapter 7 Trustee